**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 95-60492
Summary Calendar

JOHN MINOR,

Plaintiff-Appellant,

versus

STATE OF MISSISSIPPI; INTERNAL
REVENUE SERVICE; UNIVERSITY OF
MISSISSIPPI; MARY SIMMONS,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:92-CV-68-D-O

March 15, 1996

Before POLITZ, Chief Judge, SMITH and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

John Minor appeals the denial of his motion for a new trial. The final judgment from which he seeks relief was appealed to this court but the appeal was dismissed for want of prosecution. Minor offers no explanation for his failure to prosecute the earlier appeal, nor does he seek to explain why the issues now advanced could not have been raised in the earlier appeal. His filings do not even

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

attempt to demonstrate an abuse of discretion by the trial court in denying his motion for new trial.  His appeal is frivolous and is accordingly DISMISSED.  <u>See</u> 5th Cir. R. 42.2.

Minor has attached to his brief multiple motions seeking relief ranging from a request to correct clerical errors in two of the motions to a request that this court order the impeachment of the trial judge.  Minor seeks an Order of the court allowing the filing and consideration of the several motions.  That motion is GRANTED, the said Order is issued, the several motions are given the consideration they are due and all of same are DENIED.

We caution Minor that the filing of any further frivolous appeals or frivolous pleadings will invite imposition of the full panoply of sanctions.